UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALEX COLLINS,** | : |
|     *Plaintiff,* | :     No. 24-cv-5573-JMY |
| | : |
| vs. | : |
| | : |
| **PHILLIP TROTMAN, GREYHOUND LINES, INC., ARTHUR SMILEY, ORE VALLEY, LLC,** | : |
|     *Defendants.* | : |

### ORDER

**AND NOW**, this day 25th day of March, 2025, upon consideration of the partial *Motion to Dismiss for Failure to State a Claim* (ECF No. 19) filed by Defendants, Arthur Smiley and Ore Valley, LLC, the *Motion for More Definite Statement and/or Motion to Dismiss for Failure to State a Claim* (ECF No. 13) filed by Defendants, Greyhound Lines, Inc. and Phillip Trotman, all papers submitted in support thereof and in opposition thereto, and for the reasons set forth in the accompanying Memorandum filed by the Court along with this Order, it is hereby **ORDERED** that said Motions are **GRANTED** in part and **DENIED** in part as follows:

1. The motion for a more definite statement under Fed. R. Civ. P. 12(e) filed by Defendants, Greyhound Lines Inc. and Phillip Trotman is **DENIED**;

2. The motion to dismiss direct liability theories of corporate negligence from the Amended Complaint is **DENIED**; and

3. Defendants' motion to dismiss Plaintiff's request for first party benefits is **GRANTED** as follows – Plaintiff's request for first party benefits from Greyhound Lines and Phillip Trotman is **DISMISSED** from the Amended Complaint without prejudice.

                                                                   **BY THE COURT:**

                                                                     /s/ John Milton Younge
                                                                    Judge John Milton Younge